**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Nickie R. Logan LJ7274
(Name of Plaintiff)     (Inmate Number)

1100 Pike Street Huntingdon, Pa. 16654-1112
(Address)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) John E. Wetzel, Secretary Pa. DOC
(2) 1920 Technology Parkway
(3) Mechanicsburg, Pa. 17050
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

Case Number: 1:18cv2004

CIVIL COMPLAINT

**FILED
SCRANTON
OCT 0 5 2018
PER _____
DEPUTY CLERK**

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution? ✓ Yes  ___No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  ___No

    C.    If your answer to "B" is Yes:

        1. What steps did you take? Filed Grievance, ~~I~~, Attorney's spoke with Defendant Wetzel's Secretary about 1st Aminument Right

        2. What was the result? Grievance Denied Staff following Wetzels Orders

    D.    If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: JOHN E. WETZEL

Employed as SECRETARY at PENNSYLVANIA DEPARTMENT OF CORRECTIONS
Mailing address: 1920 TECHNOLOGY PARKWAY, MECHANICSBURG, PA 17050

(2) Name of second defendant: _____
Employed as _____ at _____
Mailing address: _____

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 9-7-18 Defendant John E. Wetzel, ordered Corrections Officers/Security Teams to Photo Copy/Scan into Permanent Memory Hard Drive of Security Copier/Scanner Legal Mail

2

ENVELOPES AND THE CONTENTS, TO GIVE ME THE COPY AND KEEP

2. THE ORIGINALS, ON 9-8-18, I RECEIVED CLEARLY MARKED LEGAL MAIL, ON 9-18-18, I AGAIN RECEIVED CLEARLY MARKED LEGAL MAIL, BOTH TIMES THIS LEGAL MAIL WAS COPIED/SCANNED INTO THE PERMANENT MEMORY HARD DRIVE OF SECURITY COPIER/SCANNER

3. THE ORIGINALS WERE PUT IN A BIN AND I WAS GIVEN THE COPY; I WAS INFORMED BY MY ATTORNEYS THAT THEY WILL NOT BE SENDING ME PARTICULAR INFORMATION ABOUT MY DIRECT APPEAL BECAUSE OF A BREACH OF CONFIDENTIALITY WHICH IS THE VIOLATION OF 1ST AMENDMENT PRIVILEGE CORRESPONDENCE.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT DEFENDANT TO PAY ALL FILING FEES, ALL SERVICE FEES AND ANY OTHER FEE ATTACHED BY THE COURT RELATED TO PROCESSING FILING INCLUDING ANY APPELLATE FEES TO THE THIRD CIRCUIT AND US. SUPREME COURT, AND

2. I WANT $1,000.00¢ ONE THOUSAND DOLLARS ZERO CENTS U.S. CURRENCY PER DAY FROM DEFENDANT FOR ORDERING THE VIOLATION OF 1ST AMENDMENT RIGHT EACH DAY IT STOPS ATTORNEYS REPRESENTING ME FROM SENDING LEGAL MAIL ABOUT PARTICULARS OF MY DIRECT APPEAL, AND

3. I WANT DEFENDANT WETZEL TO IMMEDIATELY STOP THE ORDER OF KEEPING ORIGINAL LEGAL MAIL AND IT'S CONTENTS AND STOP PHOTO COPYING/SCANNING LEGAL MAIL AND IT'S CONTENTS INTO PERMANENT

3

MEMORY/HARD DRIVE OF SECURITY CUBES/SCANNERS AND TO USE IMMEDIATELY DEMINIMUS ALTERNATIVE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27TH day of SEPTEMBER, 2018.

_____
(Signature of Plaintiff)

Name Nickie R. Logan
Number LJ7214
1100 Pike Street
Huntingdon, PA 16654-1112

Inmate Mail - PA DEPT OF CORRECTIONS

USPS TRACKING #
9114 9014 9645 1922 5136 62

UNITED STATES POSTAL SERVICE

LAB400R Aug. 2013
7690-17-000-0669

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

Clerk of Court
U.S. District Courthouse
235 North Washington Avenue
Scranton, Pa. 18503

PEH
RECEIVED
SCRANTON
OCT 05 2018
DEPUTY CLERK

U.S. POSTAGE >> PITNEY BOWES
ZIP 16652
02 1W
0001395447 SEP 28 2018
$ 001.84⁰