IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICKIE R. LOGAN, | : CIVIL ACTION |
| Plaintiff. | : #1:18-CV-2004 |
| V. | : JUDGE: JONES |
| JOHN E. WETZEL, SECRETARY | : |
| PA. DEPARTMENT OF CORRECTIONS, | : |
| 1920 TECHNOLOGY PARKWAY, | : |
| MECHANICSBURG, PA. 17050., | : |
| Defendant. | : |

FILED
SCRANTON

OCT 24 2018

PER_____
DEPUTY CLERK

MOTION FOR PRELIMINARY INJUNCTION

AND/OR TEMPORARY RESTRAINING ORDER

Plaintiff, Nickie R. Logan, submits this Motion for Preliminary Injunction And/Or Temporary Restraining Order to Stop the Implementation of Defendant Wetzel's New "ORDER/POLICY" issued to subordinate Employee's of SCI-Huntingdon Security Teams/Corrections Officers allowing them to Violate 1st Amendment Privileged Correspondence Right by Keeping Original Legal Documents and Envelopes and Photo Copying/Scanning into the Permanent Memory Hard Drive of Security Copier/Scanner Privilege Legal Mail and leaving open for anyone to Reproduce and read all Privileged Correspondence between Plaintiff and his Attorney's and the Court's and states:

1. Defendant Wetzel has no factual proof that Plaintiff's Attorney's have sent him some Drugs or Illegal Substances or Narcotics nor that Plaintiff has been involved in any Drug, Alcohol or Narcotic Crimes, and;

2. Defendant Wetzel has no Proof that the Clerks of any Court or the Judges of any Court has sent Plaintiff Drugs, Narcotics, or Illegal Substances listed in the Drug and Cosmetic Act or have been involved in some Criminal Act that would require the Implementation of a New "ORDER/POLICY" that warrants blatant Violation of Privileged Correspondence Right, and

3. Plaintiff asks that this Court Order a Hearing and Order that Defendant Wetzel bring proof that a Federal Judge, a Clerk of the Federal Court, a Federal Attorney, a State Court Clerk, a State Court Judge, a State Court Attorney has sent Drugs and/or Narcotics as described in the Drug and Cosmetic Act into a State Correctional Facility and was arrested Charged and Prosecuted, and

4. Plaintiff, asks that this Court Grant this Motion for Preliminary Injunction and/or Temporary Restraining Order against Defendant Wetzel with instruction to Rescind and/or Stop the NEW "ORDER/POLICY" allowing for the Violation of Plaintiff's Privileged Correspondence Right to be immediately of no effect or Force and for all Subordinate Employee's to stop the Implementation of said NEW "ORDER/POLICY", and for reason more concisely explained in the accompanying Memorandum Grant this Motion with favor.

RESPECTFULLY SUBMITTED,

DATED: 10-19-18

Nickie R. Soogan