IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICKIE R. LOGAN, :
    Plaintiff, : 1:18-cv-2004
     :
v. : Hon. John E. Jones III
     :
JOHN E. WETZEL, :
    Defendant. :

## ORDER

### March 13, 2020

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 37) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and other pending motions (Docs. 41, 48, 63), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 37) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendant Wetzel and against Plaintiff.

3. The Clerk of Court is directed to TERMINATE all other pending motions. (Docs. 41, 48, 63).

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge